UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LONG,<br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>          Defendant. | Case No.  13-cv-05716-SI<br><br>**JUDGMENT** |

This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:  March 3, 2015

_____
SUSAN ILLSTON
United States District Judge